UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-21-30033-M |
| | § | (M-21-CR-2184) |
| PAULINA DEL SOCORRO LOPEZ- | § | |
| DUARTE | § | |
| also known as Paulina Del Socorro-Lopez | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about October 26, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

PAULINA DEL SOCORRO LOPEZ-DUARTE
also known as Paulina Del Socorro-Lopez

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
CYNTHIA A. VILLANUEVA
ASSISTANT UNITED STATES ATTORNEY