U.S. Department of Justice
Washington, D.C.
12/10/2021/am

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-21-30033-M__ |
| **Indictment #:** M-21-2184 | |
| **Indictment Filed:** November 16, 2021 | |
| **MISD. CRIM. INFO.** Filed: December 13, 2021 | Judge: __JUAN F. ALANIS__ |
| County: Hidalgo | |
| Lions #: 2021R08143 | Attorneys: |
| UNITED STATES OF AMERICA | JENNIFER B. LOWERY, ACTING U. S. ATTORNEY |
| v. | CYNTHIA A. VILLANUEVA, ASST. U.S. ATTORNEY |
| PAULINA DEL SOCORRO LOPEZ-DUARTE also known as Paulina Del Socorro-Lopez *Custody: 10/26/21* | Ct. 1   Christina Conway-Navarro, FPD, (956) 630-2995 |

Charge(s):

    Ct. 1:  Illegally entering the United States having previously been convicted of same.
           Title 8, United States Code, Section 1325(a)(1)

Total Counts
**(1)**

    Penalty:  Ct. 1:  Imprisonment for not more than 6 mos. and/or a fine of $100,000 and not more than a 1 yr. SRT

Agency:  Bureau of Customs & Border Protection – Oscar Ortiz

### Proceedings

Date